*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                519838
_____

In the Matter of FREDDIE
    HARRIS,
                    Appellant,

        v                                    MEMORANDUM AND ORDER

DIVISION OF PAROLE,
                    Respondent.
_____

Calendar Date:  May 5, 2015

Before:  Lahtinen, J.P., McCarthy, Rose and Devine, JJ.

_____

        Freddie Harris, Attica, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Jonathan D.
Hitsous of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Feldstein,
J.), entered July 22, 2014 in Franklin County, which, among other
things, denied petitioner's application for an order to show
cause to commence a CPLR article 78 proceeding.

        Petitioner, an inmate, sought to commence a CPLR article 78
proceeding to, among other things, challenge a determination
revoking his parole.  Supreme Court declined to issue the order
to show cause, but granted petitioner leave to serve an amended
petition.  Petitioner filed an amended petition and Supreme Court
denied his application for an order to show cause and dismissed
the petition and amended petition.  Petitioner now appeals.

        Generally, no appeal lies from the denial of an ex parte
application for an order to show cause (see Matter of Walker v
Fischer, 104 AD3d 1001, 1002 [2013]; Matter of Tafari v Rock, 87

AD3d 792, 792 [2011], lv dismissed 17 NY3d 950 [2011]).
Petitioner's attempt to appeal falls within this rule, and his
appeal must be dismissed (see Matter of Walker v Fischer, 104
AD3d at 1002).

    Lahtinen, J.P., McCarthy, Rose and Devine, JJ., concur.


    ORDERED that the appeal is dismissed, without costs.




       ENTER:

       Robert D. Mayberger
       Clerk of the Court